252791

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1771 PAM/JGL **Case Title:** Rojas v. Thermo King

**Affidavit of Movant**

I, Penelope J. Phillips, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Nina G. Stillman, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff(X)defendant Thermo King in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature Penelope J. Phillips — MN Attorney License # 200876 — Date 10/9/01

**Affidavit of Proposed Admittee**

I, Nina G. Stillman, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Nina G. Stillman — Signature — Date 10/1/01

Attorney License Number: 02737159

Law Firm Name & Address: Vedder, Price, Kaufman & Kammholz
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601

Telephone: (312) 609-7560

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

Date: OCT 10 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.____
DEPUTY CLERK____