UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marco Isaac Rojas

Plaintiff,

v.

Thermo King Corp.

Defendant.

Civil 01-1771 PAM

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April 29, 2002

SENIOR JUDGE PAUL A. MAGNUSON
United States District Court

APR 2 9 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK